# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TORY SIMPSON,               )
    *Plaintiff,*               )
                             )    CASE NO.: 3:17-CV-57-HLA-MCR
v.                           )
                             )
SYNCHRONY BANK,         )
a foreign corporation,         )
    *Defendant.*             )

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby files this Notice of Settlement and states as follows:

1. On January 29, 2018, Plaintiff and Defendant settled this matter.

2. The parties agreed to terms confidentially, a copy of said agreement retained by each party and available for in-camera inspection by the Court upon request.

Respectfully submitted this 12th day of February, 2018.

                                                **ESPENSHIP, SCHLAX & ALBEE, LLC**

                                                */s/ Sean A. Espenship*

                                                Sean A. Espenship, Esq., FBN: 128340
                                                200 East Forsyth Street
                                                Jacksonville, Florida 32202
                                                Email: sean@esalawgroup.com
                                                Tel: (904) 674-0717 Fax: (904) 674-0737
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically using the Court's CM/ECF system on all registered users of CM/ECF system who have filed a notice of appearance, including Timothy Relich of Reed Smith, LLP, this 12th day of February, 2018.

                                            **ESPENSHIP, SCHLAX & ALBEE, LLC**

                                            */s/ Sean A. Espenship*

                                            Sean A. Espenship, Esq., FBN: 128340
                                            200 East Forsyth Street
                                            Jacksonville, Florida 32202
                                            Email: sean@esalawgroup.com
                                            Tel: (904) 674-0717 Fax: (904) 674-0737
                                            *Attorney for Plaintiff*